# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JERRY HARPER, SR.,**

    **Plaintiff,**

**vs.**                               **CASE NO.1:05CV28-MMP/AK**

**JO ANNE BARNHART,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed this complaint for judicial review of his social security case on February 4, 2005. (Doc. 1). He paid the filing fee and was sent an Order advising him of the procedures (and addresses) for obtaining service upon the Defendant. (Doc.3). In an order to show cause dated June 17, 2005, Plaintiff was advised that over 120 days had expired since the filing of the complaint, and that pursuant to Rule 4(m), Federal Rules of Civil Procedure, his case could be dismissed for failure to prosecute if he failed to serve the defendants timely. (Doc.5). He was directed to respond to the show cause order on or before July 1, 2005, but as of this date there has been no response from the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to obey a court order directing service or to respond to a show cause order that warned his case would be dismissed if he did not contact the Court.

Further, Plaintiff has failed to serve the Defendant within 120 days, as required by Rule 4(m), Federal Rules of Civil Procedure.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **28th** day of July, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:03cv38-MMP/AK