IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY S HAMILTON,
JERRY HARPER, SR,

    Plaintiffs,

v.    CASE NO. 1:05-cv-00028-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice for plaintiffs' failure to perfect service on the defendant within 120 days. Objections to Report and Recommendation were due by 8/25/2005, but none were filed. The Court agrees that plaintiffs failed to perfect service despite being ordered to do so twice by the Magistrate Judge. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is dismissed without prejudice for failure to prosecute and to follow an order of the Court, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *27th* day of September, 2005

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge